# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ALISHA F. WICKHAM,**

    **Plaintiff,**                                 **Case No. 2:20-cv-6016**

    **v.**                                            **JUDGE EDMUND A. SARGUS, JR.**
                                                        **Magistrate Judge Chelsey M. Vascura**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on September 24, 2021.  (ECF No. 16.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  For the reasons set forth in the Report and Recommendation, and pursuant to Sentence Four of 42 U.S.C. § 405(g), the Court **REVERSES** the Commissioner of Social Security's non-disability finding and **REMANDS** this case to the Commissioner and the ALJ for further consideration consistent with the Magistrate Judge's Report and Recommendation.

    **IT IS SO ORDERED.**

**10/13/2021**                                                             **s/Edmund A. Sargus, Jr.**
**DATE**                                                                  **EDMUND A. SARGUS, JR.**
                                                                         **UNITED STATES DISTRICT JUDGE**